FILED
2024 Jan-26  PM 02:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **TAKIRA TAYLOR,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs.  ) | **CASE NO. 2:21-CV-00832-ACA** |
| ) | |
| **ALABAMA DEPARTMENT OF** ) | |
| **CORRECTIONS d/b/a WILLIAM** ) | |
| **DONALDSON CORRECTIONAL** ) | |
| **FACILITY and EDDIE WATTS,** ) | |
| ) | |
| **Defendants.** ) | |

### JOINT NOTICE OF SETTLEMENT IN PRINCIPLE
### AND MOTION TO VACATE ALL DEADLINES

Plaintiff Takira Taylor and Defendants Alabama Department of Corrections and Eddie Watts jointly file this Joint Notice of Settlement in Principle and Motion to Vacate All Deadlines. The Parties have reached an agreement in principle to settle the above styled case. Counsel for the Parties are in the process of preparing, executing, and finalizing the Settlement Agreement. The Parties intend to file a Joint Stipulation of Dismissal as soon as practicable, but respectfully request the Court to vacate all remaining deadlines in this case, including the jury trial set to begin January 29, 2024.

The attorney electronically filing this motion represents that they have the express authority to affix the electronic signature of the other counsel to this document.

Respectfully submitted this January 26, 2024,

    Steve Marshall
    Alabama Attorney General

    /s/ *Blake E. Brookshire*
    Blake E. Brookshire (ASB-2531-U69X)
    *Assistant Attorney General*
    **Counsel for Defendant ADOC**

**OF COUNSEL:**
Alabama State Personnel Department
Legal Division
64 N Union Street
Montgomery, Alabama 36130-1400
Telephone:  (334) 353-0046
Facsimile:   (334) 353-4481
Blake.brookshire@personnel.alabama.gov

    /s/ *Tara S. Hetzel*
    Tara S. Hetzel (ASB-7734-A61K)
    *Assistant Attorney General*
    **Counsel for Defendant Eddie Watts**

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Tara.Hetzel@AlabamaAG.gov

    /s/ *Nicole D. Edwards*
    Blake C. Edwards (ASB-5200-T60B)
    Nicole D. Edwards (ASB-4832-B19D)
    **Counsel for Plaintiff Takira Taylor**

**EDWARDS & EDWARDS ATTORNEYS
AND MEDIATORS, PLLC**
3603 Pine Lane SE, Ste. C
Bessemer, AL 35022
Tel.:  (205) 529-1379
Fax:   (205) 719-4033
Blake@edwardsattys.com
Nicole@edwardsattys.com