# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **TAKIRA TAYLOR,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )    CASE NO. 2:21-CV-00832-ACA |
| | ) |
| **ALABAMA DEPARTMENT OF** | ) |
| **CORRECTIONS d/b/a WILLIAM** | ) |
| **DONALDSON CORRECTIONAL** | ) |
| **FACILITY and EDDIE WATTS,** | ) |
| | ) |
| **Defendants.** | ) |

## JOINT STIPULATION OF DISMISSAL

COMES NOW the undersigned counsel and hereby jointly stipulate to the dismissal of all claims asserted by Plaintiff with prejudice based upon the agreement reached between the Parties. Each party shall be responsible for their own costs and attorney's fees.

Respectfully submitted this March 22, 2024,

                                                 Steve Marshall
                                                 Alabama Attorney General

                                                 /s/ *Blake E. Brookshire*
                                                 Blake E. Brookshire (ASB-2531-U69X)
                                                 *Assistant Attorney General*
                                                 **Counsel for Defendant ADOC**

**OF COUNSEL:**
Alabama State Personnel Department
Legal Division
64 N Union Street
Montgomery, Alabama 36130-1400
Telephone:  (334) 353-0046
Facsimile:   (334) 353-4481
Blake.brookshire@personnel.alabama.gov

        /s/ Tara S. Hetzel
        Tara S. Hetzel (ASB-7734-A61K)
        *Assistant Attorney General*
        **Counsel for Defendant Eddie Watts**

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Tara.Hetzel@AlabamaAG.gov

        /s/ Nicole D. Edwards
        Blake C. Edwards (ASB-5200-T60B)
        Nicole D. Edwards (ASB-4832-B19D)
        **Counsel for Plaintiff Takira Taylor**

**EDWARDS & EDWARDS ATTORNEYS**
**AND MEDIATORS, PLLC**
3603 Pine Lane SE, Ste. C
Bessemer, AL 35022
Tel.:  (205) 529-1379
Fax:   (205) 719-4033
Blake@edwardsattys.com
Nicole@edwardsattys.com